L R Civ P 83.6 Form (Rev. 09/2023)
L R Cr P 44.6 Form (Rev. 09/2023)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD

Scott Boggess

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

v.

Michael J. Kirk

CIVIL CASE NO.: 1:23-cv-00083

---

**VISITING ATTORNEY INFORMATION**

Wren M. Williams, Schneider & Williams, PC    88593    VA
Name of Visiting Attorney and firm name / Bar ID Number / State

PO Box 396, Stuart, Virginia 24171
Visiting Attorney's mailing address, City, State and Zip

(276) 694-2455    wren@swvalawfirm.com
Visiting Attorney's office telephone number / Visiting Attorney's Email address

Virginia State Bar, 1111 E Main St Ste 700, Richmond, VA 23219
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Michael J. Kirk
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

Jay W. Gerber, Jr, LAW OFFICE OF JAY W. GERBER, JR.    9663    WV
Name of Sponsoring Attorney and firm name / Bar ID Number / State

813 Grand Central Avenue, Vienna, West Virginia 26105
Sponsoring Attorney's mailing address, City, State and Zip

(681) 299-1334    gerberlaw@hotmail.com
Sponsoring Attorney's office telephone number / Sponsoring Attorney's Email address

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

| | |
|---|---|
| **10/10/2023** | s/Wren M. Williams |
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| | |
|---|---|
| **10/10/2023** | s/Jay W. Gerber, Jr. |
| Date | Signature of Sponsoring Attorney |